988 A.2d 1289

COMMONWEALTH of Pennsylvania, Respondent

v.

Daniel L. SPUCK, Petitioner.

Supreme Court of Pennsylvania.

Feb. 12, 2010.

258

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of February, 2010, the Application for Leave to Amend the Petition for Allowance of Appeal and the Petition for Allowance of Appeal are hereby **DENIED.**